[No. 13492–6–II.  Division Two.  May 28, 1991.]

MARTIN NYE, *Respondent,* v. ROBERT COY
PROPERTIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 89–2–00982–3, James D. Ladley, J., entered December 21, 1989. *Vacated, remanded,* and *dismissed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 13315–6–II.  Division Two.  May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LEVI
GEORGE SOLITAIRE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–00572–1, Donald H. Thompson, J., entered October 12, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 14111–6–II.  Division Two.  May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD R.
PICKEL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89–1–01109–3, James D. Ladley, J., entered February 26, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.